**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| 1. BILAL ALBITAR, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CIV-14-774-R |
| 1. DILLARD'S, INC. | ) ) ) | |
| Defendant. | ) | |

## JOINT MOTION TO STAY PROCEEDINGS PENDING ARBITRATION

**COME NOW** the parties and request this Court stay the current proceedings and allow the parties to proceed through arbitration. In support of this motion, the parties show this Court as follows:

1. Plaintiff filed his complaint on July 22, 2014. Doc. No. 1.

2. Defendant filed its Motion to Dismiss or to Stay and Compel Arbitration on August 21, 2014. Doc. No. 9.

3. The parties conferred regarding defendant's motion and have agreed to submit their claims through arbitration, and respectfully ask this Court to stay the proceedings pending arbitration.

**WHEREFORE**, the parties jointly and respectfully request this Court issue a stay in this case and allow the parties to proceed through arbitration.

**RESPECTFULLY SUBMITTED THIS 11TH DAY OF SEPTEMBER, 2014**.

s/ Amber L. Hurst
Mark E. Hammons, OBA No. 3784
Amber L. Hurst, OBA No. 21231
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
Email: amberh@hammonslaw.com
*Counsel for Plaintiff*

s/ Daniel P. Johnson
(Signed by filing counsel with permission)
Daniel P. Johnson, OBA No. 20742
Allen L. Hutson, OBA No. 30118
Crowe & Dunlevy
A Professional Corporation
Braniff Building
324 N. Robinson Ave, Ste 100
Oklahoma City, Oklahoma 73102-8273
Telephone: (405) 235-7700
Facsimile: (405) 239-6657
daniel.johnson@crowedunlevy.com
*Counsel for Defendant*