# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BILAL ALBITAR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-14-774-R |
| | ) |
| DILLARD'S INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the Joint Motion to Stay Proceedings Pending Arbitration [Doc. No. 10]. The Motion is GRANTED. The parties are instructed to advise the Court of the status of this matter within 90 days from the date of this Order.

IT IS SO ORDERED this 11th day of September, 2014.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE