# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **BILAL ALBITAR,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. CIV-14-00774-R |
| | ) |
| **DILLARD'S, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE WITH REGARD TO THE PLAINTIFF'S CLAIMS AGAINST DEFENDANT

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the plaintiff, Bilal Albitar, hereby stipulates with the defendant, Dillard's Inc., that this action shall be dismissed with prejudice. Each party is to bear its own costs and attorneys' fees.

    Respectfully submitted,

    s/Allen Hutson
    Adam Childers, OBA #18673
    Allen Hutson, OBA #30118
    CROWE & DUNLEVY
    A Professional Corporation
    Braniff Building
    324 North Robinson Avenue, Suite 100
    Oklahoma City, OK 7310
    (405) 235-7700
    (405) 239-6651 (Facsimile)
    adam.childers@crowedunlevy.com
    allen.hutson@crowedunlevy.com
    **ATTORNEYS FOR DEFENDANT DILLARD'S, INC.**

2

        s/Amber L. Hurst
        Mark E. Hammons, OBA #3784
        Amber L. Hurst, OBA #21231
        (*signed by Allen Hutson with permission of Amber L. Hurst*)
        Hammons, Gowens, Hurst & Associates
        325 Dean A. McGee Avenue
        Oklahoma City, OK  73102
        (405) 235-6100
        (405) 235-6111 (Facsimile)
        mark@hammonslaw.com
        amber@hammonslaw.com
        **ATTORNEYS FOR BILAL ALBITAR**